ORIGINAL

*cason*

TRECKER & FRITZ
Attorneys at Law

COLLIN M. (MARTY) FRITZ          1763
ALLEN K. WILLIAMS                2900
820 Mililani Street, Suite 701
Honolulu, Hawaii 96813-2937
Telephone: (808) 528-3900
Facsimile: (808) 533-3684
E-Mail:   cmfritz@lawctr.net
          allen@lawctr.net

Attorneys for Plaintiffs

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 11 2010

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNIFER ROBINSON AND PAUL A. ROBINSON, INDIVIDUALLY AND AS NEXT FRIEND OF JACK D. ROBINSON, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | CIVIL CV10 00141 SOM  KSC <br> (Federal Tort Claims Act) <br><br> COMPLAINT; SUMMONS |

## COMPLAINT

1.   This action arises under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671, *et seq.*

2.    This Court has jurisdiction pursuant to the provisions of 28 *U.S.C.* §§ 1346(b), and 2671, *et seq.*

3.    All FTCA administrative procedures have been complied with and exhausted and the Complaint is timely filed.

4.    The acts and/or omissions complained of herein and which form the basis of the relief sought herein, occurred within the District of Hawaii, and venue is proper in this Court pursuant to 28 *U.S.C.* § 1391(b)(2).

5.    At all times mentioned herein, Plaintiffs JENNIFER ROBINSON and PAUL A. ROBINSON were lawfully married.

6.    Plaintiffs JACK D. ROBINSON is a minor child of Plaintiffs JENNIFER ROBINSON and PAUL A. ROBINSON, who brings this action as his Next Friend.

7.    Plaintiffs JENNIFER ROBINSON, PAUL A. ROBINSON, and JACK D. ROBINSON were residents of the State of Hawaii as the time of the acts and/or omissions as alleged herein, and are currently residents of the State of California.

8.    At all times mentioned herein, Plaintiff JENNIFER ROBINSON was a dependent of Plaintiff PAUL A. ROBINSON, who is an active duty military personnel with the United States Navy.

9.     Defendant UNITED STATES OF AMERICA is named as the Defendant pursuant to and under the provisions of the Federal Tort Claims Act, 28 *U.S.C.* §§ 1346(b) and 2671, *et seq.*

10.     At all times relevant herein, JENNIFER ROBINSON was eligible to receive and did receive medical care, treatment and services (hereinafter "medical services") at Defendant UNITED STATES OF AMERICA's health care facilities, and more specifically Tripler Army Medical Center (TAMC) in the State of Hawaii.

11.     At all times mentioned herein, Defendant UNITED STATES OF AMERICA in operating its medical facilities had in its employ and/or agency, among other things, doctors, nurses, and other medical personnel (hereinafter "medical personnel") over which it exercises exclusive control and supervision, and is legally responsible for the acts and/or omissions of said medical personnel.

12.     On or about August 7, 2007, Plaintiff JENNIFER ROBINSON underwent lumbar disc surgery at TMAC, for which she received medical services from the medical personnel at TAMC.

13.     At all times herein relevant, Defendant UNITED STATES OF AMERICA owed a duty to Plaintiff JENNIFER ROBINSON to provide medical services to her that would be commensurate with the requisite knowledge, learning, care, skill, and ability ordinarily possessed and exercised by medical personnel

3

engaged in rendering medical services to patients similarly situated to Plaintiff JENNIFER ROBINSON.

14.     At all times relevant herein, the medical services rendered to Plaintiff JENNIFER ROBINSON by TMAC medical personnel on or about August 7, 2007, as set forth herein, were performed negligently, and their conduct fell below the standard of care required to properly and adequately render said medical services, in that said medical personnel deviated from the standard of approved practice by failing to properly render said medical services to Plaintiff JENNIFER ROBINSON, and failing to obtain proper and adequate informed consent, and/or were negligent careless in other respects.

15.     As a direct and legal cause of the negligence of Defendant UNITED STATES OF AMERICA, as set forth herein, Plaintiff JENNIFER ROBINSON suffered and/or sustained serious physical injury and pain, emotional distress, and has been permanently injured.

16.     As a further direct and proximate cause of the negligence of Defendant UNITED STATES OF AMERICA, as set forth herein, Plaintiff JENNIFER ROBINSON incurred medical and rehabilitative expenses in amounts not presently ascertainable and she will incur such expenses in the future, and Plaintiffs ask leave of the court to show the same at the time of trial.

17.   As a further direct and proximate cause of the negligence of Defendant UNITED STATES OF AMERICA, as set forth herein, Plaintiff JENNIFER ROBINSON will incur wage losses and/or impairment of her earning capacity in the future and Plaintiffs ask to leave of the court to show the same at the time of trial.

18.   As a further direct and proximate cause of the negligence of Defendant UNITED STATES OF AMERICA, as set forth herein, Plaintiff JENNIFER ROBINSON has been unable to pursue her normal activities of daily living, including hobbies, sports, and other endeavors, and will not be able to pursue such activities in the future.

19.   As a further direct and proximate cause of the negligence of Defendant UNITED STATES OF AMERICA, as set forth herein, and the resulting personal injury to Plaintiff JENNIFER ROBINSON, Plaintiff PAUL A. ROBINSON, and Plaintiff JACK D. ROBINSON, minor, suffered a loss of their spouse's and mother's, respectively, services, society, companionship and consortium, comfort and emotional support, and physical and fiduciary support and will continue to suffer such losses in the future and Plaintiffs ask leave of this Court to show the same at the time of trial.

WHEREFORE, Plaintiffs demand judgment against Defendant UNITED STATES OF AMERICA for general and special damages in amounts to be shown

at trial, for Plaintiffs' costs, interest, and such other and further relief as the Court

deems just and proper in the premises.

     DATED:    Honolulu, Hawaii, March 11, 2010.

                    COLLIN M. (MARTY) FRITZ
                    ALLEN K. WILLIAMS
                    Attorneys for Plaintiffs

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Hawaii

| | | |
|---|---|---|
| Jennifer Robinson and Paul Robinson, Individually and as next friend of Jack D. Robinson | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| United States of America | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

United States of America
c/o Edward Kubo, Esq., United States Attorney
300 Ala Moana Blvd., Room 6-100
Honolulu, Hawaii  96813

A lawsuit has been filed against you.

Within 21/60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUE BEITIA
*CLERK OF COURT*

Date: MAR 11 2010

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑  I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑  I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑  I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑  I returned the summons unexecuted because _____ ; or

❑  Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: