# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV10-00141LEK-KSC |
| CASE NAME: | Jennifer Robinson, individually and as Next Friend of Jack D. Robinson, et al. vs. United States of America |
| ATTYS FOR PLA: | Collin Fritz |
| ATTYS FOR DEFT: | Harry Yee |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Kevin S. C. Chang | REPORTER: | FTR C5 |
| DATE: | 10/14/2011 | TIME: | 10:51-10:55am |

COURT ACTION:  EP:  Settlement on the Record.  Mediator Charles Crumpton also present.  Case settled.  Terms stated.

Based upon representations by counsel, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.  The deadline for filing of the Dismissal is 11/14/11.  If the Dismissal is not filed by then, the Court will enter an Order of Dismissal retaining jurisdiction to enforce the terms of the settlement.

Submitted by: Shari Afuso, Courtroom Manager