FLORENCE T. NAKAKUNI  2286
United States Attorney
District of Hawaii

HARRY YEE  3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
E-mail:  Harry.Yee@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JENNIFER ROBINSON AND PAUL A. ROBINSON, INDIVIDUALLY AND AS NEXT FRIEND OF JACK D. ROBINSON,<br><br>           Plaintiffs,<br><br>      vs.<br><br>UNITED STATES OF AMERICA,<br><br>           Defendant. | CIVIL NO. 10-00141 LEK KSC<br><br>STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between the parties above-named, by and through their respective counsel undersigned, pursuant to Rule 41(a)(1)(ii), Federal Rules of Civil Procedure, that the above-entitled action be dismissed with prejudice, each party to bear its own costs.  There are no

remaining claims or parties.  This stipulation may be signed in counterparts.

DATED:  November 30, 2011 at Honolulu, Hawaii.

          FLORENCE T. NAKAKUNI
          United States Attorney
          District of Hawaii

          /s/ Harry Yee
By_____
  HARRY YEE
  Assistant U.S. Attorney

Attorneys for Defendant

DATED:  November 22, 2011 at Honolulu, Hawaii.

          /s/ Allen Williams
_____
COLLIN M. FRITZ
ALLEN K. WILLIAMS
TRECKER & FRITZ
Attorneys for Plaintiffs

_____

Jennifer Robinson, et al. v. USA; Civil No. 10-00141 LEK KSC;
"Stipulation and Order for Dismissal with Prejudice"

APPROVED AND SO ORDERED:



        /S/ Leslie E. Kobayashi
        Leslie E. Kobayashi
        United States District Judge

---

<u>Jennifer Robinson, et al. v. USA</u>; Civil No. 10-00141 LEK KSC; "Stipulation and Order for Dismissal with Prejudice"